IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ASHLEY HENSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: |
| vs. ) | |
| ) | |
| NATIONAL ENTERPRISE SYSTEMS, INC. ) | |
| ) | |
| and ) | |
| ) | |
| JOSEPH YANOCK, ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

Pamela J. Welch, of the law firm of Franke Schultz & Mullen, P.C., hereby enters her appearance on behalf of defendants National Enterprise Systems, Inc. And Joseph Yanock.

Respectfully submitted,

**FRANKE SCHULTZ & MULLEN, P.C.**

/s/ Pamela J. Welch
PAMELA J. WELCH       #52821
8900 Ward Parkway
Kansas City, Missouri 64114
(816) 421-7100
(816) 421-7915 (Fax)
pwelch@fsmlawfirm.com
**Attorney for Defendants**

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the above and foregoing was sent via first-class mail, postage prepaid, this 1st day of May, 2015, to:

Steven A. Shepherd #66222
Terry L. Lawson #53203
Lawson Law Center, LLC
700 E. 8th Street, Suite 300
Kansas City, Missouri 64106
(816) 802-6677
(816) 802-6678 fax
terry@llckc.com
steve@llckc.com
**Attorneys for Plaintiff**


/s/ Pamela J. Welch
**Attorney for Defendants**